IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRED HENRY PERDUE, III,

    Plaintiff,

v.                                                                            4:20cv103–WS/HTC

W. OBERSCHLAKE, R. OLIVER,
T. TERRY, E. PRIDE, and S.
BEARDEN,

    Defendants.

---

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 53) docketed August 10, 2021. The magistrate judge recommends that Defendants' motion for summary judgment (ECF No. 42) be granted. Plaintiff has filed no objections to the report and recommendation.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 53) is

hereby ADOPTED and incorporated by reference into this order.

2. Defendants' motion for summary judgment (ECF No. 42) is GRANTED as to Plaintiff's federal claims.

3. Plaintiff's federal claims are DISMISSED with prejudice.

4. The court declines to exercise jurisdiction over Plaintiff's state law claims, which are dismissed without prejudice.

5. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this ___20th___ day of ___September___, 2021.

                                                s/ William Stafford
                                               WILLIAM STAFFORD
                                               SENIOR UNITED STATES DISTRICT JUDGE